# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| GUY P. HARVEY, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 08-00192-KD-B |
| RIVERWALK, L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is before the Court on Defendants' motion to dismiss and to compel arbitration, or in the alternative, to stay this action pending arbitration (Doc. 7). The Plaintiff has now responded (Doc. 15) by merely stating that he "consents to the arbitration of his claims in this litigation and moves the Court for an order staying this case pending the arbitration of Plaintiff's claims." Plaintiff has not challenged Defendants' contention that he clearly and unequivocally agreed to binding arbitration of his present claims as set forth in paragraph 24 of the "Preconstruction Purchase Agreement," a signed copy of which has been attached as Exhibit A to the Plaintiff's Complaint. Although the Plaintiff now seeks to have this Court stay rather than dismiss this action pending arbitration, he cites no authority and asserts no argument in support of such a stay rather than dismissal. It is therefore **ORDERED** that Defendants' motion to

dismiss and to arbitration be and is hereby **GRANTED** and this action is accordingly

**DISMISSED.**

 **DONE** this 15th day of October, 2008.

             s/ Kristi K. DuBose
            UNITED STATES DISTRICT JUDGE